UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States Board of Oral Implantology; and International Congress of Oral Implantologists, <br><br> *Plaintiffs*, <br><br> v. <br><br> American Board of Dental Specialties; American Board of Oral Implantology (Implant Dentistry); American Academy of Implant Dentistry; Cheryl Parker; Kevin O'Grady; Jaime Lozada; Kim Gowey; Michael Mashni; and John Does 1-50, <br><br> *Defendants*. | Case No. 1:18-cv-06520 <br><br> Hon. Manish S. Shah |

## STIPULATION TO DISMISS

Plaintiffs United States Board of Oral Implantology (the "USBOI") and International Congress of Oral Implantologists (the "ICOI"), and Defendants American Board of Dental Specialties (the "ABDS"), American Board of Oral Implantology (Implant Dentistry) (the "ABOI"), American Academy of Implant Dentistry (the "AAID"), Cheryl Parker, Kevin O'Grady, Jaime Lozada, Kim Gowey, and Michael Mashni by and through their attorneys hereby stipulate to the dismissal without prejudice of this lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party agrees to bear is own attorneys' fees, costs, and expenses at this time in connection with the previously dismissed complaint, but Defendants reserve their rights under Fed. R. Civ. P. 41(d).

DATED: June 24, 2019

                                                Respectfully submitted,

By: /s/ Michael Lacovara
LATHAM & WATKINS LLP
Michael Lacovara (NY Bar No. 2363448)
William Reckler (admitted *pro hac vice*)
Eric Taffet (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Michael.Lacovara@lw.com
William.Reckler@lw.com
Eric.Taffet@lw.com

*Attorneys for Plaintiffs*

By: /s/ James F. Herbison (with consent)
WINSTON & STRAWN LLP
James F. Herbison (Bar ID No. 6275116)
Michael P. Mayer (Bar ID No. 6272677)
Bryce A. Cooper (Bar ID No. 6296129)
Kevin B. Goldstein (Bar ID No. 6326150)
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
jherbiso@winston.com
mmayer@winston.com
bcooper@winston.com
kbgoldstein@winston.com

*Attorneys for Defendants*

By: /s/ Kevin M. O'Hagan (with consent)
O'HAGAN MEYER LLC
Kevin M. O'Hagan (Bar ID No. 6211446)
Shane M. Bradwell (Bar ID No. 6308632)
One East Wacker Drive. Suite 3400
Chicago, Illinois 60601
Telephone: (312) 422-6100
kohagan@ohaganmeyer.com
sbradwell@ohaganmeyer.com

*Attorneys for Defendant Michael Mashni*